THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER H. REIGHT, Appellant.— Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS SEIBLE, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.